29 F.3d 619
 NOTICE: First Circuit Local Rule 36.2(b)6 states unpublished opinions may be cited only in related cases.
Juan DIAZ LOPEZ, Plaintiff, Appellant,
v.
COMMONWEALTH OIL REFINING COMPANY, INC., ET AL., Defendants,
Appellees.
 No. 93-2093
 United States Court of Appeals,
First Circuit.
 June 28, 1994
 
 Appeal from the United States District Court for the District of Puerto Rico [Hon. Gilberto Gierbolini, U.S. District Judge ]
 Juan Diaz Lopez on brief pro se.
 Ricardo F. Casellas, Fiddler, Gonzalez & Rodriguez and Arturo Bauermeister on brief for appellees.
 D. Puerto Rico
 DENIED.
 Before Cyr, Circuit Judge, Bownes, Senior Circuit Judge, Stahl, Circuit Judge.
 Per Curiam.
 
 
 1
 The judgment of the district court is affirmed for the reasons stated in the district court's August 24, 1993 opinion and order.
 
 
 2
 Appellant's motion that this court reconsider its order allowing the filing of appellees' supplemental appendix is denied.
 
 
 3
 Appellees' request that sanctions be awarded against appellant pursuant to Fed. R. App. P. 38 is denied.